UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE HARRIS, ] | CIVIL ACTION NO. 05-cv-01109 |
| ] | PAM/RLE |
| Plaintiff, ] | |
| ] | |
| v. ] | |
| ] | |
| ELI LILLY AND COMPANY; ] | |
| ] | |
| BRISTOL-MYERS SQUIBB COMPANY, ] | |
| a successor of E.R. SQUIBB & SONS, INC.; ] | |
| ] | ORDER |
| PHARMACIA and UPJOHN COMPANY ] | |
| (aka THE UPJOHN COMPANY); ] | |
| ] | |
| DART INDUSTRIES, INC., ] | |
| a successor to ] | |
| REXALL DRUG COMPANY, INC; ] | |
| ] | |
| PREMO PHARMACEUTICAL ] | |
| LABORATORIES, INC., ] | |
| w/s/o/ Corporation Trust Co.; ] | |
|     and ] | |
| WYETH, INC. ] | |
| ] | |
| Defendants. ] | |

Pursuant to the Stipulation between Plaintiff and Defendant Wyeth filed as Docket

No. 28, the above-captioned action is hereby dismissed with prejudice and on the merits with

respect to Defendant Wyeth and without costs to either party.

**LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE FORTHWITH
ENTERED ACCORDINGLY.**

Dated: <u>September 6, 2005</u>                    BY THE COURT:

                                           <u>s/Paul A. Magnuson</u>
                                           Paul A. Magnuson
                                           United States District Court Judge