IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE HARRIS, | Civil Action No. 05-1109 PAM/RLE |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BRISTOL-MYERS SQUIBB COMPANY** |
| ELI LILLY AND COMPANY, ET AL, | |
| Defendant. | |

On this day, the Stipulation of Dismissal With Prejudice as to Bristol-Myers Squibb Company (Docket No. 47), filed by Plaintiff Julie Harris and Defendant Bristol-Myers Squibb Company, successor to E.R. Squibb & Sons, Inc., one of the defendants in the above-captioned cause, came on for consideration pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Julie Harris as to Defendant Bristol-Myers Squibb Company are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the court costs shall be taxed against the parties incurring the same.

**IT IS SO ORDERED.**

Signed this  13 , day of October, 2005.

> s/Paul A. Magnuson
> **Paul A. Magnuson**
> **Judge of U.S. District Court**
> **District of Minnesota**

2667740v1