UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JULIE HARRIS,                                      Case No. 05-CV-1109 (PAM)(RLE)

               Plaintiff,

v.                                            **ORDER OF DISMISSAL WITH PREJUDICE**

ELI LILLY AND COMPANY, et al.,

               Defendants.

---

It is hereby ordered that Julie Harris's claims against Premo Pharmaceutical Laboratories, Inc., are dismissed with prejudice, with each party bearing their own expenses, costs, and attorneys' fees.

IT IS SO ORDERED:


Dated: November __20__, 2005                  s/Paul A. Magnuson
                                                   The Honorable Paul A. Magnuson
                                                   Judge of District Court