IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE HARRIS, | Civil Action No. 05-1109 PAM/RLE |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS PHARMACIA AND UPJOHN COMPANY AND DART INDUSTRIES, INC.** |
| ELI LILLY AND COMPANY, ET AL, | |
| Defendants. | |

On this day, the Stipulation of Dismissal with Prejudice as to Pharmacia and Upjohn Company and Dart Industries, Inc., filed by Plaintiff Julie Harris and Defendants Pharmacia and Upjohn Company, ("Upjohn") and Dart Industries, Inc., a successor to Rexall Drug Company, Inc. ("Dart"), two of the defendants in the above-captioned cause, came on for consideration pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Julie Harris as to Defendants Upjohn and Dart are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the court costs shall be taxed against the parties incurring the same.

**IT IS SO ORDERED.**

**Dated:** February  8 , 2006.                    s/Paul A. Magnuson
                                                  Paul A. Magnuson, Judge
                                                  United States District Court

2667740v1