## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Julie Harris,

        Plaintiff,                        Civil 05-1109 (PAM/RLE)

v.                                    **ORDER OF DISMISSAL**

Eli Lilly and Company, et al.,

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September __26__, 2006

                                                  s/Paul A. Magnuson
                                                  Paul A. Magnuson**,** Judge
                                                  United States District Court