UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JULIE HARRIS, | ) | CIVIL FILE No. 05-cv-1109-PAM/RLE |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| ELI LILLY AND COMPANY, et. al., | ) ) ) | |
| Defendants. | ) | |

PURSUANT TO F. R. CIV. P. 41(A) AND THE STIPULATION OF THE PARTIES,

**IT IS HEREBY ORDERED**:

1. THAT THE ABOVE-ENTITLED ACTION IS HEREBY DISMISSED WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS.

DATED: DECEMBER   19  , 2006.          BY THE COURT:

                                       S/PAUL A. MAGNJSON
                                       THE HONORABLE PAUL A. MAGNUSON
                                       UNITED STATES DISTRICT JUDGE